IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEXTER RAMONE PALMER,<br><br>                Petitioner<br><br>VS.<br><br>HUGH SMITH,<br><br>                Respondent | **NO. 5:05-CV-419 (CAR)**<br><br>PROCEEDINGS UNDER 28 U.S.C. § 2254<br>BEFORE THE U.S. MAGISTRATE JUDGE |

### RECOMMENDATION ON REQUEST FOR INJUNCTIVE RELIEF

Before the court is petitioner DEXTER RAMONE PALMER'S **MOTION FOR PROTECTIVE ORDER** which alleges that the staff where petitioner is incarcerated confiscated the petitioner's legal materials. Tab #39. Respondent HUGH SMITH has responded to the petitioner's motion, and that response states that all of Palmer's personal belongings were confiscated as a result of the petitioner's failure to keep his personal space in good order. Tab #41. Smith's response further states that "by the time the Court reviews this motion, petitioner's legal materials will be returned to him." Id. at ¶4.

Palmer has not filed a reply to respondent Smith's response. Therefore, relying on the statement of respondent Smith that petitioner's legal materials will have been returned to him by the time the court rules on petitioner's motion, IT IS RECOMMENDED that the petitioner Palmer's motion be **DENIED** as MOOT. Under 28 U.S.C. § 636(b)(1), petitioner may serve and file written objections to this Recommendation with the district judge to whom this case is assigned, WITHIN TEN (10) DAYS after being served a copy thereof.

SO RECOMMENDED, this 24th day of OCTOBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE