IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DEXTER RAMONE PALMER, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 5:05-cv-419 |
| | : | |
| v. | : | PROCEEDINGS UNDER |
| | : | 28 U.S.C. § 2254 |
| HUGH SMITH, | : | |
| | : | |
| Defendant. | : | |

### *ORDER ON UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 45] that Plaintiff's Motion for Protective Order be denied as moot. Plaintiff filed an Objection to the Recommendation [Doc. 46]. Having considered Plaintiff's objection and having investigated the matter *de novo*, this Court agrees with the findings and conclusions of the United States Magistrate Judge that Plaintiff's Motion should be denied as moot. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

In his Objection, Plaintiff generally objects to the Magistrate Judge's conclusion that Plaintiff's claims for injunctive relief were mooted when the prison officials returned his legal materials they had confiscated. However, Plaintiff admits that his legal materials were, in fact, returned to him. Thus, Plaintiff's Motion is denied as moot.

**SO ORDERED**, this 27th day of November, 2007.

                                                 S/ C. Ashley Royal
                                                 C. ASHLEY ROYAL
                                                 UNITED STATES DISTRICT JUDGE

SSH