IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| DEXTER RAMONE PALMER, | |
|---|---|
| Petitioner | |
| VS. | **NO. 5:05-CV-419 (CAR)** |
| HUGH SMITH, | |
| Respondent | PROCEEDINGS UNDER 28 U.S.C. § 2254 BEFORE THE U.S. MAGISTRATE JUDGE |

## RECOMMENDATION ON REQUEST FOR INJUNCTIVE RELIEF

Before the court is petitioner DEXTER RAMONE PALMER'S **MOTION FOR PRELIMINARY INJUNCTION/PROTECTIVE COURT ORDER** which alleges that the staff where petitioner is incarcerated confiscated the petitioner's legal materials. Tab #49. Respondent HUGH SMITH has responded to the petitioner's motion, stating that petitioner's personal belongings were marshaled and stored as a result of the petitioner's temporary transfer to another facility for medical treatment. Tab #55. Petitioner PALMER replied to the response wherein he disputed some of factual allegations set forth by respondent but confirmed that his legal materials had been returned to him. Tab #56. Accordingly, IT IS RECOMMENDED that the Palmer's motion for injunctive relief be **DENIED** as MOOT.

Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned WITHIN TEN (10) DAYS after being served with a copy thereof.

SO RECOMMENDED this 8th day of JULY, 2008.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE