IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| DEXTER RAMONE PALMER, | : | |
| Petitioner | : | Case No.: 5:05-cv-419 (CAR) |
| v. | : | Proceeding Under 28 U.S.C. § 2254 |
| HUGH SMITH, | : | |
| Respondent. | : | |

*ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 57] that Petitioner's Motion for Preliminary Injunction/Protective Court Order [Doc. 49], which alleges that the staff where Petitioner is incarcerated confiscated Petitioner's legal materials, be denied as moot. Plaintiff filed no timely Objection to the Recommendation. The Court, having considered the Recommendation, agrees that Petitioner's Motion should be denied as moot because Petitioner confirmed that his legal materials had been returned to him. Therefore, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**.

**SO ORDERED.** This 5th day of August, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH