# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **DEXTER RAMONE PALMER,** : | |
| : | |
| Petitioner, : | |
| : | |
| vs. : | CASE NO. 5:05-CV-419-CAR |
| : | |
| : | HABEAS CORPUS |
| **HUGH SMITH, Warden,** : | 28 U.S.C. § 2254 |
| : | |
| Respondent. : | |

## ORDER ON PETITIONER'S MOTION TO REOPEN NOTICE OF APPEAL AND MOTION TO APPEAL IN FORMA PAUPERIS

Before the Court are *pro se* Petitioner Dexter Ramone Palmer's Motion to Reopen Notice of Appeal [Doc. 91] and Motion for Leave to Appeal *In Forma Pauperis* [Doc. 92]. Petitioner's habeas corpus petition was transferred to this Court six and a half years ago on November 14, 2005, and has a long history in this Court. On March 6, 2009, this Court entered an final Order [Doc. 64] denying the petition. After receiving notice of the denial, Petitioner filed a Motion for Reconsideration [Doc. 67] in this Court, and appeals in both the Eleventh Circuit Court of Appeals [Doc. 68] and the Supreme Court of the United States [Doc. 82]. All of Petitioner's motions were denied. Thereafter, Petitioner filed a motion for relief from final judgment pursuant to Fed. R. Civ. P. 60(b) [Doc. 84] which this Court denied on March 22, 2011 [Doc. 85]. In its Order, the Court explained that his so-called "objection" to the final order denying his habeas petition was in error. On April 20, 2011, Petitioner filed a motion for leave to appeal that Order *in forma pauperis* [Doc. 89] which this Court denied as frivolous and not taken in good faith [Doc. 90].

Petitioner has now filed the current Motions again requesting he be allowed to appeal *in forma pauperis*. However, for the reasons explained in its previous Orders, Petitioner's Motions [Doc. 91 and 92] are **DENIED** as frivolous and not taken in good faith.

**SO ORDERED**, this 12th day of May, 2011.

S/ C. Ashley Royal  
C. ASHLEY ROYAL, JUDGE  
UNITED STATES DISTRICT COURT

SSH